UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF OHIO
EASTERN DIVISION

| | | |
|---|---|---|
| **DEVON EDWARDS,** | ) | **CASE NO. 1:19CV1740** |
| | ) | |
| Plaintiff, | ) | **JUDGE CHRISTOPHER A. BOYKO** |
| | ) | |
| vs. | ) | |
| | ) | |
| **STATE FARM INS., CO., et al.,** | ) | **MEMORANDUM OF** |
| | ) | **OPINION AND ORDER** |
| Defendants. | ) | |

**CHRISTOPHER A. BOYKO, J.:**

This matter is before on the court on Magistrate Judge William H. Baughman, Jr.'s Report and Recommendation (Doc. 8) to dismiss without prejudice Plaintiff Devon Edwards' Complaint (Doc. 1) for failure to perfect service upon the defendants in accordance with Federal Rule of Civil Procedure 4(m). The Magistrate Judge ordered Plaintiff to show cause within two weeks why he failed to perfect service. Plaintiff neither complied with this directive nor objected to the Report and Recommendation.

Federal Rule of Civil Procedure 72(b) provides that objections to a report and recommendation must be filed within fourteen days after service. FED. R. CIV. P. 72(b)(2). Plaintiff has failed to timely file any such objection. Therefore, the Court must assume that Plaintiff is satisfied with the Magistrate Judge's recommendation. Any further review by this Court would be duplicative and an inefficient use of the Court's limited resources. *Thomas v. Arn*, 474 U.S. 140, 155 (1985); *United States v. Walters*, 638 F.2d 947, 949-50 (6th Cir. 1981).

Accordingly, the Court **ADOPTS** the Report and Recommendation of the Magistrate Judge and **DISMISSES without prejudice** Plaintiff's Complaint for failure to perfect service in accordance with Rule 4(m).

**IT IS SO ORDERED.**

 s/ Christopher A. Boyko
**CHRISTOPHER A. BOYKO**
**Senior United States District Judge**

**Dated: August 31, 2020**